```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Chasrick Heredia

    v.

Michael Roscoe, et. al.                     Case No. 21-cv-198-PB

<u>JUDGMENT</u>

In accordance with the following, judgment is hereby entered:

1. Stipulation of Dismissal as to Counts VI and X Only Pursuant to Fed. R. Civ. P. 41 (a) (1) (A) (ii) dated August 3, 2021;

2. Oral Order by Judge Paul Barbadoro dated February 13, 2023; and

3. Jury Verdict dated February 14, 2023, in favor of the plaintiff against defendant Michael Roscoe in the amount of $1.00 in nominal damages and $2,000.00 in punitive damages, plus post-judgment interest pursuant to 28 U.S.C. 1961 as provided by law.

The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

                                                By the Court:

                                                /s/Tracy A. Uhrin_____
                                                Tracy A. Uhrin
                                                Chief Deputy Clerk

Date: March 17, 2023                   /s/ Paul Barbadoro_____
                                                APPROVED AS TO FORM
                                                Paul Barbadoro
                                                United States District Judge

cc: Counsel of Record