# United States Court of Appeals
## For the First Circuit

No. 23-1353

CHASRICK HEREDIA,

Plaintiff, Appellee,

v.

MICHAEL ROSCOE,

Defendant, Appellant,

CANADA STEWART; MATTHEW NOCELLA; NATHAN HARRINGTON; OTHER UNKNOWN MANCHESTER POLICE OFFICERS,

Defendants.

**JUDGMENT**

Entered: January 6, 2025

This cause came on to be heard on appeal from the United States District Court for the District of New Hampshire and was argued by counsel.

The district court's denials of the motion for judgment as a matter of law and motion for remittitur are affirmed.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Stephen T. Martin, Seth J. Hipple, Charles P. Bauer, Matthew V. Burrows, Keelan Forey