# United States Court of Appeals
## For the First Circuit

Nos. 24-1498
     24-1505

CHASRICK HEREDIA,

Plaintiff - Appellant/Cross-Appellee,

v.

MICHAEL ROSCOE,

Defendant - Appellee/Cross-Appellant,

CANADA STEWART; MATTHEW NOCELLA; NATHAN HARRINGTON; OTHER UNKNOWN MANCHESTER POLICE OFFICERS,

Defendants.

**JUDGMENT**

Entered: May 16, 2025
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration of the parties' stipulation, it is hereby ordered that these appeals be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1) with each party to bear its own costs.

    Mandate to issue forthwith.

                                        By the Court:

                                        Anastasia Dubrovsky, Clerk

cc:
Stephen T. Martin
Seth J. Hipple
Charles P. Bauer
Matthew V. Burrows
Keelan Forey